# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER ROWELL,<br><br>            Plaintiff,<br>vs.<br>LAW OFFICES OF ROBERT B. SERIAN,<br><br>            Defendant. | CASE NO. 09cv1770 JM(RBB)<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

  Plaintiff moves for leave to file the Second Amended Complaint ("SAC"). (Docket No. 13). In light of the liberal amendment policies of the Federal Rules of Civil Procedure, Fed.R.Civ.P. 15(a)(2), and Defendant's lack of opposition to the motion for leave to file the SAC, the court grants the motion and instructs the Clerk of Court to file Exhibit A as the operative SAC in this case. (Docket No. 13-2).

  **IT IS SO ORDERED.**

DATED: March 23, 2010

                       Hon. Jeffrey T. Miller
                       United States District Judge

cc:   All parties